**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>            Petitioner,<br>    v.<br><br>LIUNA LOCAL 261,<br><br>            Respondent.<br>_____/ | No. CV 14 80336 MISC LB<br><br>**ORDER REGARDING PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Secretary Perez has filed a petition to enforce its administrative subpoena. (See ECF No. 1.[1]) The motion is noticed for February 12, 2015. (ECF No. 7.) The court retains the existing briefing schedule, which requires the filing of the Secretary's reply brief on January 20, 2015, and also directs the parties to comply with the court's procedures for discovery disputes. The court uses a meet-and-confer process that is described in the court's standing order (attached) and believes that it is fruitful when, as here, the Secretary seeks compliance with its subpoena and the matter seems capable at least of some narrowing if the parties meet and confer in person to discuss their disagreements. The process requires, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person if

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

ORDER
CV 14 80336 MISC LB

counsel are local and thereafter submit a joint letter brief to the court with information about any unresolved disputes. Because counsel are local, the court directs counsel to confer now to schedule their meet-and-confer, which must take place after the Secretary files his reply brief. The parties must thereafter file a joint letter brief describing their remaining disputes. The due date for the letter brief is January 27, 2015, absent further order of the court. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
LAUREL BEELER
United States Magistrate Judge